In the Matter of the Application of FRANK E. CRAWFORD et al., Respondents, for an Order Directing an Arbitration between CRAWFORD KEEN & CIA SOC. DE RESP. LTDA., and GREAT WESTERN DISTRIBUTORS, INC., Appellant.— Orders affirmed, each with ten dollars costs and disbursements. No opinion. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.; Townley and Callahan, JJ., dissent and vote to reverse and deny the motions on the ground that what occurred here after the written contract was delivered to the buyer was insufficient as a matter of law to support a finding of an acceptance thereof.

CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, v. WILLIAM R. HEARST, Appellant, et al., Defendants.—Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. The time of the defendant, William Randolph Hearst, to appear generally and to plead or otherwise move in relation to the complaint is extended for ten days after service of order, on payment of said costs. No opinion. Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

ALBERT E. FAIR et al., Respondents, v. WILLIAM JOHNSON et al., Defendants, and UNITED FILM SERVICE, INC., Defendant-Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

ELIZABETH DEVLIN, Respondent, v. REGINALD N. WEBSTER et al., Appellants. — Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

ARTHUR NORMAN, Suing on His Own Behalf and on Behalf of All Other Stockholders of Barkley-Grow Aircraft Corporation Similarly Situated, Respondent, v. GENERAL AMERICAN TRANSPORTATION CORPORATION, Appellant, et al., Defendants.— Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse the order, insofar as appealed from, without prejudice to a renewal of the motion for such examination if and when Barkley-Grow Aircraft Corporation is brought into this jurisdiction. Settle order on notice. [181 Misc. 233.]

In the Matter of RAY DREYER et al., Appellants. 94 SEVENTH AVENUE, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Townley, Glennon, Dore, Cohn and Callahan, JJ. [See post, p. 808.]

IRVING MIRKIN, Respondent, v. PARAMOUNT DRESS COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

GEORGE DREYMAN, INC., Appellant, v. NATIONAL EXCAVATION AND STRUCTURES CORPORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.